# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| WHETSTONE ELECTRONICS, LLC | § | |
| | § | |
| Plaintiff, | § | CASE NO. 6:10-cv-00278 (LED) |
| | § | |
| v. | § | |
| | § | |
| XEROX CORPORATION, ET AL. | § | |
| | § | |
| Defendants. | § | |

### SAMSUNG ELECTRONICS AMERICA, INC.'S NOTICE OF COMPLIANCE

Samsung Electronics America, Inc. ("Samsung") hereby notifies the Court that on May 5, 2011, it served Plaintiff with its document production in compliance with the Court's Order of April 26, 2011 (Docket No. 167).

DATED:  May 10, 2011

Respectfully submitted,

  */s/ Harper S. Batts*
Michael E. Jones
Texas State Bar No. 10929400
Allen Gardner
Texas State Bar No. 24043679
POTTER MINTON PC
100 N. College, Suite 500
Tyler, Texas 75710-0359
Telephone:  (903) 597-8311
Facsimile:  (903) 593-0846
mikejones@potterminton.com
allengardner@potterminton.com

Of Counsel:

Christian Chadd Taylor
ctaylor@kirkland.com
Harper S. Batts
Harper.batts@kirkland.com

KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

**ATTORNEYS FOR DEFENDANT SAMSUNG ELECTRONICS AMERICA, INC.**

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 10, 2011. Any other counsel of record will be served by First Class U.S. mail on this same date.

*/s/ Harper Batts*