A-4

U.S. Patent Nos. 6,337,746 & 6,618,157

## ATTACHMENT 4

### Overview of Brother MFC-9440CN Printer

Plaintiff accuses the making, using, selling, offering for sale and importation of Brother color printer models MFC-9420, MFC-9440, MFC-9450, MFC-9460CDN, MFC-9560CDW, MFC-9465, MFC-9840CDW, MFC-9970CDW of constituting direct infringement of U.S. Patent Nos. 6,337,746 and 6,618,157 (hereinafter "the Patents-in-Suit").  As an exemplary and typical model, the MFC-9440CN printer is charted below.  The term "Accused System and Method" means the foregoing printer models sold by Brother and all other models that are substantially similar.

Plaintiff further accuses Brother of indirectly infringing the Patents-in-Suit through providing, authorizing and instructing regarding the Accused System and Method to others, including Brother's customers.  Installing the Accused System and Method and the operation thereof directly infringe the asserted claims.  Brother intends to cause infringement by its customers and users.  Brother instructs users to install the software and associated hardware of the Accused System and Method.  As such, Brother instructs users to configure and operate the Accused System and Method in an infringing manner.  Brother also provides installation, maintenance and support services for the Accused System and Method, including providing instruction, tools, manuals, guides, online materials, support and consulting services.

The asserted claims include elements that are implemented, at least in part, by software in the Accused System and Method.  The precise processes and algorithms used in them are held secret, at least in part, and are not publicly available in their entirety.  An analysis of Brother's documentation is necessary to fully and accurately describe all infringing features and functionality of the Accused System and Method and, accordingly, plaintiff reserves the right to supplement these contentions once such information is made available to plaintiff.  Furthermore, plaintiff reserves the right to revise these contentions in view of the Court's final claim construction in this action.

U.S. Patent Nos. 6,337,746 & 6,618,157



U.S. Patent No. 6,337,746

| 1. Apparatus for printing a graphic image on a substrate, comprising: | The Accused System and Method is designed to print on a substrate. For example, the Accused System and Method is used for cut-sheet materials.<br><br>**Print**   back to top<br>Print Technology — Color Laser Technology<br>Consumable Type — 4 Toner Cartridges and Drum<br>Max. Black Print Speed (ppm) — 21ppm Black<br>Max. Color Print Speed (ppm) — 21ppm Color<br>Print Resolution (maximum dpi) — Up to 2400 x 600 dpi<br>Standard Input Paper Capacity (sheets)‡ — 250-Sheet Input Capacity<br>Optional Paper Capacity (sheets) — LT-100CL (500 sheets)‡<br>Multi-purpose Tray — 50-Sheet Multi-Purpose Tray Capacity<br>Standard Interface(s) — 10/100 Base-TX (Ethernet) and Hi-Speed USB 2.0<br>USB Direct Interface/PictBridge‡ — Yes/Yes<br>Standard Memory (MB) — 64MB Memory<br>Optional Memory (MB) — Yes (up to 576MB)‡<br>Printer Driver Compatibility† — Windows® & Mac OS®<br>Emulation(s) — PCL-6, BR-Script 3‡<br>Maximum Monthly Duty Cycle‡ — 35,000 printed pages<br>Recommended Monthly Print Volume‡ — 500 to 3,000 pages<br><br>http://www.brother-usa.com/mfc/modeldetail.aspx?PRODUCTID=MFC9440CN&tab=spec (3/31/11) |

| | |
|---|---|
| a computer containing at least one motherboard which carries a data bus and a random access memory, said computer being controlled by an operating system; | The Accused System and Method is driven by a computer containing a motherboard with a data bus and memory.  The computer is controlled by an operating system.<br><br>http://www.brother-usa.com/mfc/ModelDisclaimer.aspx?Model=MFC9440CN#SysReqs (3/31/11)<br><br><br>http://welcome.solutions.brother.com/bsc/public/us/us/en/dlf/download_index.html?reg=us&c=us&lang=en&prod=mfc9440cn_all&dlid=&flang=English&os=7&type2=-1 (3/31/11)<br><br>http://welcome.solutions.brother.com/BSC/public/files/dlf/doc002254/cv_mfc9440_usa_soft_b.pdf p.17 (3/31/11) |

| | |
|---|---|
| |  http://welcome.solutions.brother.com/BSC/public/files/dlf/doc002253/mfc9440_usa_qsg_a.pdf p.15 (3/31/11)<br><br>http://welcome.solutions.brother.com/BSC/public/files/dlf/doc002253/mfc9440_usa_qsg_a.pdf p.17 (3/31/11) |
| means for storing image data in said random access memory; | The Accused System and Method stores image data in RAM. |

| | http://www.brother-usa.com/mfc/ModelDisclaimer.aspx?Model=MFC9440CN#SysReqs (3/31/11)<br><br>http://welcome.solutions.brother.com/bsc/public/us/us/en/dlf/download_index.html?reg=us&c=us&lang=en&prod=mfc9440cn_all&dlid=&flang=English&os=7&type2=-1 (3/31/11)<br><br>http://welcome.solutions.brother.com/BSC/public/files/dlf/doc002254/cv_mfc9440_usa_soft_b.pdf p.17 (3/31/11) |
|---|---|
| at least one interface card connected to said data bus and having a serial port | The Accused System and Method incorporate an interface card connected to a data bus. The interface card includes serial ports (including Ethernet and/or USB). |

| | |
|---|---|
| connected to the data bus, a printing device interface, and means for transferring stored image data from said random access memory to said printing device interface; | <br>USB and Ethernet Serial Ports<br><br><br>ASIC CPU |







Larger View of highlighted areas

U.S. Patent Nos. 6,337,746 & 6,618,157



Brother MFC-9120CW Service Manual, p. 6-11

Brother MFC-9840CDW Service Manual, p. Ref 2-1
MFC-9840CDW is a machine listed in this category. It functions similarly to the MFC-9440CN.

| | |
|---|---|
| a digital printing device connected to said interface for printing the graphic image on the substrate on the basis of stored image data transferred from said random access memory, the digital printing device communicating with the data bus via the serial port; | The Accused System and Method include digital printing devices, which receive formatted digital data. This data is provided to the laser heads on the printer, which in turn activates to fuse color toners on print substrates to produce color images. Signals are communicated via the serial port. |



Brother MFC-9840CDW Service Manual, p. Ref 2-1
MFC-9840CDW is a machine listed in this category. It functions similarly to the MFC-9440CN.



| | |
|---|---|
| | <br>http://welcome.solutions.brother.com/BSC/public/files/dlf/doc002254/cv_mfc9440_usa_soft_b.pdf p.17 (3/31/11) |
| said printing device printing the graphic image in response to image data in a first format; | The formatted data at the printer engine is provided in a different format than the data stored in the RAM, namely a first format specific to the printing device's formatting requirements. The Accused System and Method is designed to print on a substrate. For example, the Accused System and Method is used for cut-sheet materials.<br><br>http://www.brother-usa.com/mfc/modeldetail.aspx?PRODUCTID=MFC9440CN&tab=spec (3/31/11) |


### Charging

The flow of the ion charge is controlled by the constant voltage of the grid 870 V to ensure it is distributed evenly on the drum surface. In order to coat toner on the exposure drum, the drum needs to be evenly electrified. Ions are produced by supplying high-voltage power to the corona wire.



### Exposure

Four laser beams radiated from a laser diode inside the laser unit are concentrated into a constant width by a slit in the CO lens cell and then reflected by a polygon mirror rotating at high speed. The evenly charged exposure drum is irradiated with reflected light and exposed. Surface potential is lowered by such exposure and an Electrostatic latent image is formed.



| | |
|---|---|
| | **Development**<br>Toner is attracted to the latent-image area on the exposure drum where surface potential is lowered due to exposure.<br>By controlling the developing bias voltage supplied to the develop roller, the amount of toner taken to the drum is adjusted to keep printing density constant.<br><br>[Diagram showing charging, laser beam (150 V, 800 V), exposure drum, develop roller at 400 V (Changes depending on use condition), and toner]<br><br>**4. Transfer**<br>By applying a minus charge to the belt unit, the toner adhered to the exposure drum is transferred to paper.<br><br>[Diagram showing Exposure drum (K), Exposure drum (Y), Exposure drum (M), Exposure drum (C), EL PCB (K), EL PCB (Y), Belt unit, EL PCB (M), EL PCB (C)]<br><br>Brother MFC-9840CDW Service Manual, p. Ref 2-27 thru Ref 2-30<br>MFC-9840CDW is a machine listed in this category. It functions the same as the MFC-9440CN. |
| said means for storing image data storing image data in a second format different from the first format; and | RAM on the computer stores image data. The format of the stored data is different than that which is sent to the printer. |

| | | |
|---|---|---|
| | 
http://welcome.solutions.brother.com/BSC/public/files/dlf/doc002254/cv_mfc9440_usa_soft_b.pdf p.17 (3/31/11)


http://welcome.solutions.brother.com/bsc/public/us/us/en/dlf/download_index.html?reg=us&c=us&lang=en&prod=mfc9440cn_all&dlid=&flang=English&os=7&type2=-1 (3/31/11) | |
| said means for transferring stored image data comprising conversion means for converting image data in the second format into image data in the first format by multiplexing different portions of the image data in the second format and for delivering image data converted into the first format to said printing device. | Image data stored in RAM is converted and formatted (including multiplexed) for delivery to the print engine over data interfaces.

 | |

Page 14 of 121

**U.S. Patent Nos. 6,337,746 & 6,618,157**



Larger View of highlighted areas



Brother MFC-9120CW Service Manual, p. 6-11

Brother MFC-9840CDW Service Manual, p. Ref 2-1
MFC-9840CDW is a machine listed in this category. It functions similarly to the MFC-9440CN.

| | |
|---|---|
| 2. The apparatus according to claim 1 wherein said means for storing image data are operative for storing a quantity of image data sufficient to print the graphic image on the entire substrate, and said means | The Accused System and Method is driven by a computer containing a motherboard with a data bus and memory.  The computer is controlled by an operating system.  Images are stored in RAM.  The RAM on the computer is operative to store a sufficiently large amount of image data to print an entire color graphic image on the surface of the full substrate.  The interface card transfers the entire quantity of image data for generating the graphic image on the entire substrate without reloading RAM or ceasing print operations. |