IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| WHETSTONE ELECTRONICS, LLC | § § | |
| v. | § § | CASE NO. 6:10cv278 |
| XEROX CORPORATION, ET AL. | § | |

### ORDER

The Court has received a bill representing services rendered and expenses incurred through September 30, 2011, by technical advisor, Richard Egan, Austin, Texas.  Upon review, the Court finds the total amount charged, $7,897.50 to be appropriate and ORDERS Plaintiffs to pay one half, $3,948.75, and Defendants, collectively, to pay one half, $3,948.75.

Payment should be made by October 31, 2011 to Richard Egan, O'Keefe, Egan, Peterman & Enders, LLP, 1101 S. Capital of Texas Hwy., Building C, Suite 200, Austin, Texas 78746 and reference Invoice Number 42362.

**So ORDERED and SIGNED this 11th day of October, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE