IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **WHETSTONE ELECTRONICS, LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | NO. 6:10cv278 JDL |
| | § | |
| **XEROX CORPORATION, et al.,** | § | JURY DEMANDED |
| | § | |
| **Defendants.** | § | |
| | § | |

### ORDER

Pursuant to the parties' representation that the matter has settled, the Court hereby **ORDERS** all parties to submit closing documents no later than November 18, 2011.

**So ORDERED and SIGNED this 1st day of November, 2011.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE